# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BARBARA FLUHARTY JOWERS DARWIN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-347-Orl-31DAB**

**ANTHONY J. PRINCIPI, Secretary of Veterans Affairs,**

        **Defendant.**

_____

## ORDER

On May 25, 2006, Magistrate Judge Baker issued a Report (Doc. 45) recommending that Defendant's Motion for Summary Judgment (Doc. 33) be granted.  Since this case is set for trial on June 14, 2006 and in order to provide both parties an opportunity to file their objections and/or responses to the Report and Recommendation, it is

**ORDERED** that the trial of this case is continued until further order of this Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 25, 2006.

                                                GREGORY A. PRESNELL
                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party