**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BARBARA FLUHARTY JOWERS DARWIN,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No.  6:04-cv-347-Orl-31DAB

**ANTHONY J. PRINCIPI, Secretary of Veterans Affairs,**

        **Defendant.**

_____

## ORDER

On May 25, 2006, Magistrate Judge Baker issued a lengthy Report (Doc. 45) recommending that Defendant's Motion for Summary Judgment (Doc. 33) be GRANTED.  On June 5, 2006, Plaintiff filed a Response which the Court construes as an objection to the Report and Recommendation (Doc. 47).  Subsequently, Plaintiff filed exhibits in support of her objection (Doc. 48).

Having considered this matter *de novo*, the Court concludes that Magistrate Judge Baker's Report is amply supported by the law and facts relevant to this dispute.  Accordingly, it is

**ORDERED** that Plaintiff's objection is OVERRULED.  The Report and Recommendation of Magistrate Judge Baker is confirmed and adopted as part of this Order.  Defendant's Motion for Summary Judgment is GRANTED.  The Clerk is directed to enter judgment for the Defendant and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 15, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party